**INTEX RECREATION CORP., Plaintiff–Appellant,**

v.

**METALAST S.A.U. (also known as Astral Sociedad Anomima de Construcciones Metalicas) (now known as Metalast, S.A., Sociedad Unipersonal), Defendant–Appellee.**

No. 01–1401.

United States Court of Appeals, Federal Circuit.

Sept. 26, 2001.

ON MOTION

LOURIE, Circuit Judge.

ORDER

Intex Recreation Corp. moves to voluntarily dismiss its appeal. Metalast S.A.U. opposes in part and moves for sanctions for filing a frivolous appeal. Intex replies and opposes Metalast's motion for sanctions.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) Intex's motion to voluntarily dismiss is granted.

(2) Metalast's motion for sanctions is denied.

(3) Each side shall bear its own costs.